IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Belay, Ashenafi

Printed: 12/28/07

Case Number: 07 B 12597
Judge: Squires, John H

Filed: 7/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,000.00 |  |
| Secured: |  | 100.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 5.71 |
| Other Funds: |  | 894.29 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 2. | Beneficial Finance Corporation | Secured | 0.00 | 0.00 |
| 3. | Surfside Condominium Association | Secured | 2,600.00 | 100.00 |
| 4. | CitiFinancial Mortgage | Secured | 15,000.00 | 0.00 |
| 5. | Beneficial Finance Corporation | Secured | 2,339.00 | 0.00 |
| 6. | Surfside Condominium Association | Unsecured | 207.41 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 0.00 | 0.00 |
| 8. | Capital One | Unsecured | 0.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 411.72 | 0.00 |
| 10. | CCS | Unsecured |  | No Claim Filed |
| 11. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 12. | Emerge | Unsecured |  | No Claim Filed |
| 13. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 14. | Capital Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,558.13 | $ 100.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 5.71 |
|  | $ 5.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Belay, Ashenafi | Case Number: 07 B 12597 |
| | Judge: Squires, John H |
| Printed: 12/28/07 | Filed: 7/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

